

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-01023-CV

LAVENA V. HIGHTOWER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 182nd District Court of Harris County.   (Tr. Ct. No. 1270245).

**TO THE 182ND DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 29th day of January 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

After due consideration, the Court **grants** appellant Lavena V. Hightower's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Massengale, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 3, 2015
Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

